TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-04-00156-CR







Jason Wright aka Daniel Thomas Reich, Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF COMAL COUNTY, 22ND JUDICIAL DISTRICT


NO. CR2003-196, HONORABLE JACK H. ROBISON, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's counsel was previously ordered to tender his brief for filing no later than
August 9, 2004. Nevertheless, counsel has requested a further extension of time to August 23, 2004. 
The motion is granted. Appellant's counsel, Mr. Ariel Payan, is ordered to tender a brief in this
cause no later than August 23, 2004.

It is ordered August 19, 2004.


Before Chief Justice Law, Justices Patterson and Puryear

Do Not Publish